UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wilmington Savings Fund Society, FSB, et al.

In Re:

Yvette Holmes,

Debtor.

Case No.:         22-10367-VFP

Chapter:                  13

Hearing Date:      5/19/2022

Judge:              Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 290 Bergen Street, Newark, NJ (Docket # 33)

_____

Date: 5/13/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*