Michelle Labayen
Law Office of Michelle Labayen PC
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE | Chapter 13 |
| YVETTE HOLMES | Case No.: 22-10367 |
| | Hon. Vincent F. Papalia |
| **Debtor.** | Bankruptcy Judge |
| | **NOTICE OF CONVERSION** |

**PLEASE TAKE NOTICE,** that on this 18th Day of July 2022, the above captioned case has been converted from a Chapter 13 to a Chapter 7 Bankruptcy pursuant to 11 U.S.C 1307 of the Bankruptcy Code and 1017(d) of the Rules of Bankruptcy procedure, by the filing of this notice of the United States Bankruptcy Court District of New Jersey.

July 18, 2022
Newark, NJ                                                /s/ Michelle Labayen
                                                          Michelle Labayen
                                                          Attorney for the Debtor
                                                          Law Office of Michelle Labayen PC
                                                          24 Commerce Street Suite 1300
                                                          Newark NJ 07102

US Bankruptcy Court
District of New Jersey
Hon. Vincent F. Papalia
50 Walnut Street
Newark, NJ 07102

Marie Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ  07004

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Check System
7805 Hudson Road
Suite 100
St. Paul MN 55125

Citibank NA
5800 S Corporate Place
Sioux Falls, SD 57108

Discover Financial
Att Bankruptcy
PO B 3025
New Albany H 43054

ED Financial
Attn Bankruptcy
PO Box 36008
Knoxville, TN 37930

Equifax
POB 740241
Atlanta GA 30374

Experian

475 Anton Blvd
Costa Mesa CA 92626

First National Bank
Att Bankruptcy
POB 3128
Omaha, ME 68103


Hill Wallack LLP
21 Roszel road
PO Box 5226
Princeton NJ 08543

Macys
911 Duke Blvd
Mason OH 45040

Target
C/O Financial & Retails Svc
Mailstop BT POB 9475
Minneapolis, MN 55440

Transunion
555 W Adams Street
Chicago, IL 60661

Wells Fargo Bank
1 Home Corporate MAC
3rd Floor
Des Moines, IA 50328


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


New Jersey Division of Taxation
PO Box 245
Trenton, NJ 08685



July 18, 2022                              /*s/ Michelle Labayen*
Newark, NJ                                  Michelle Labayen
                                            Attorney for the Debtor