| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Michelle Labayen (ML2960) Law Office of Michelle Labayen 24 Commerce Street Suite 1300 Newark, NJ 07102 973-622-1584 Email: michelle@labayenlaw.com | Case No.: 22-10367 Chapter: 7 |
| In Re: Yvette Holmes aka Yvette Galarza | Adv. No.: Hearing Date: Judge: Vincent F. Papalia |

U.S. BANKRUPTCY COURT FILED NEWARK, NJ
2022 JUL 21 P 2:35
JEANNE A. NAUGHTON
BY: /s/ DEPUTY CLERK

## CERTIFICATION OF SERVICE

1. I, _____Raquel Pedroso_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Law Office of Michelle Labayen__, who represents _____Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____7/19/2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Voluntary Conversion to Chapter 7

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/19/2022

Signature: /s/

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CCAP Auto Lease LTD<br>P.O. Box 961275<br>Fort Worth, TX 76161-1245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chex System<br>7805 Hudson Road<br>suite 100<br>Saint Paul, MN 55125 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edfinancial on behalf of US Dept. of Education<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| EdFinancial Services<br>Attn: Bankruptcy<br>Po Box 36008<br>Knoxville, TN 37930 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Equiant/Thousand Trails<br>Attn: Bankruptcy<br>500 N Juniper Dr, Ste 100<br>Chandler, AZ 85226 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Equifax<br>POB 740241<br>Atlanta, GA 30374 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First National Bank<br>Attn: Bankruptcy<br>Po Box 3128<br>Omaha, NE 68103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First National Bank of Omaha<br>1620 Dodge St Stop Code 3129<br>Omaha Ne 68197 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hill Wallack LLP<br>21 Roszel Road<br>PO Box 5226<br>Princeton, NJ 08543 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19114 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Luis Rodriguez<br>651 Pleasant Valley Way<br>Rahway, NJ 07065 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MEB Loan Trust IV<br>695 Cross Street<br>Suite 277<br>NJ 08704 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MEB LOAN TRUST IV<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec St.<br>Greenwood Village, Colorado 80111 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>PO BOX 245-Bankruptcy<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Deptartment of Taxation<br>P.O. Box 448<br>Trenton, NJ 08646 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TransUnion<br>555 W. Adams Street<br>Chicago, IL 60661 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank NA<br>1 Home Campus Mac X2303-01a<br>3rd Floor<br>Des Moines, IA 50328 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilmington Savings Fund Society, FSB et al<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

**Miscellaneous:**

<u>22-10367-VFP Yvette Holmes</u>
Type: bk
Assets: y

Chapter: 13 v
Judge: VFP

Office: 2 (Newark)
Case Flag: SUPDIS
CONFIRMED

## U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from Michelle Labayen entered on 7/18/2022 at 3:31 PM EDT and filed on 7/18/2022
**Case Name:** Yvette Holmes
**Case Number:** <u>22-10367-VFP</u>
**Document Number:** <u>43</u>

**Docket Text:**
Notice of Voluntary Conversion to Chapter 7. Fee Amount $ 25. Filed by Michelle Labayen on behalf of Yvette Holmes. (Labayen, Michelle)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice to convert.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=7/18/2022] [FileNumber=59960512-0] [289e39590345ee312804f9fbe87085560500544569714bba43f8cf9b7e6cb23ec2
ff9adc3f9ab1232fd746087b47b1fa546dca8c358132a0988fbb8d1ca21ac9]]

**22-10367-VFP Notice will be electronically mailed to:**

Denise E. Carlon on behalf of Creditor Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Michelle Labayen on behalf of Debtor Yvette Holmes
michelle@labayenlaw.com, priscilla@labayenlaw.com;monica@labayenlaw.com

Phillip Andrew Raymond on behalf of Creditor Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust
phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Gavin Stewart on behalf of Creditor Specialized Loan Servicing LLC
bk@stewartlegalgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**22-10367-VFP Notice will not be electronically mailed to:**

Michelle Labayen
Law Office of Michelle Labayen PC
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE | Chapter 13 |
| YVETTE HOLMES | Case No.: 22-10367<br>Hon. Vincent F. Papalia |
| **Debtor.** | Bankruptcy Judge<br>**NOTICE OF CONVERSION** |

**PLEASE TAKE NOTICE,** that on this 18th Day of July 2022, the above captioned case has been converted from a Chapter 13 to a Chapter 7 Bankruptcy pursuant to 11 U.S.C 1307 of the Bankruptcy Code and 1017(d) of the Rules of Bankruptcy procedure, by the filing of this notice of the United States Bankruptcy Court District of New Jersey.

July 18, 2022
Newark, NJ

/s/ Michelle Labayen
Michelle Labayen
Attorney for the Debtor
Law Office of Michelle Labayen PC
24 Commerce Street Suite 1300
Newark NJ 07102

US Bankruptcy Court
District of New Jersey
Hon. Vincent F. Papalia
50 Walnut Street
Newark, NJ 07102

Marie Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Check System
7805 Hudson Road
Suite 100
St. Paul MN 55125

Citibank NA
5800 S Corporate Place
Sioux Falls, SD 57108

Discover Financial
Att Bankruptcy
PO B 3025
New Albany H 43054

ED Financial
Attn Bankruptcy
PO Box 36008
Knoxville, TN 37930

Equifax
POB 740241
Atlanta GA 30374

Experian

475 Anton Blvd
Costa Mesa CA 92626

First National Bank
Att Bankruptcy
POB 3128
Omaha, ME 68103

Hill Wallack LLP
21 Roszel road
PO Box 5226
Princeton NJ 08543

Macys
911 Duke Blvd
Mason OH 45040

Target
C/O Financial & Retails Svc
Mailstop BT POB 9475
Minneapolis, MN 55440

Transunion
555 W Adams Street
Chicago, IL 60661

Wells Fargo Bank
1 Home Corporate MAC
3rd Floor
Des Moines, IA 50328

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

New Jersey Division of Taxation
PO Box 245
Trenton, NJ 08685

July 18, 2022                                          /s/ Michelle Labayen
Newark, NJ                                             Michelle Labayen
                                                       Attorney for the Debtor

2022 JUL 21 P 2: 35

JEANNE A. HAUGHTON

BY: _____
DEPUTY CLERK

United States Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102





$1.68