UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC

Attorneys for Trustee

396 Route 34

Matawan, New Jersey  07747

(732) 566-1189

DW/3331

Order Filed on September 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  YVETTE HOLMES,

                    Debtor.

| | |
|---|---|
| Case No.: | 22-10367-VFP |
| Judge: | Vincent F. Papalia |
| Chapter: | 7 |

Recommended Local Form:  ☑ Followed    ☐ Modified

## ORDER AUTHORIZING
**RETENTION OF** COUNSEL

    The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: September 19, 2022**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

In re:          Yvette Holmes

Case No.:       22-10367-VFP

Applicant:      David Wolff

(check all that apply) ☑ Trustee: ☑ Chap. 7       ☐ Chap. 11       ☐ Chap. 13.

                ☐ Debtor:  ☐ Chap. 11       ☐ Chap. 13

                ☐ Official Committee of _____

Name of Professional:        Law Offices of David Wolff LLC

Address of Professional:     396 Route 34

                             Matawan, New Jersey 07747

                             (732) 566-1189

                             (732) 566-1192 fax

        ☑ Attorney for (check all that apply):

                ☑ Trustee   ☐ Debtor-in-Possession

                ☐ Official Committee of _____

        ☐ Accountant for:

                ☐ Trustee   ☐ Debtor-in-Possession

                ☐ Official Committee of _____

        ☐ Other Professional:

                ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

                ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

2

2.    Compensation shall be paid in such amounts as may be allowed by the Court

upon proper application(s) therefor.

3.    The effective date of the retention is the date the application was filed with the

Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 22-10367-VFP

Yvette Holmes                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 1

Date Rcvd: Sep 20, 2022                       Form ID: pdf903                                Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Yvette Holmes, 290- 290a Bergen Street, Newark, NJ 07103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Michelle Labayen | on behalf of Debtor Yvette Holmes michelle@labayenlaw.com  priscilla@labayenlaw.com;arly@labayenlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6