UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>YVETTE HOLMES | Case No.: 22-10367-VFP<br>Chapter: 7<br>Judge: Vincent F. Papalia |

## NOTICE OF PROPOSED PRIVATE SALE

__David Wolff__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
  Jeanne A. Naughton, Clerk
  United States Bankruptcy Court
  P. O. Box 1352
  Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __November 1, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, __50 Walnut Street, Newark, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  Real property located at 290 Bergen Street, Newark, New Jersey

Proposed Purchaser:  Manuel Garcia and Eliot Fuchs

Sale price:  $421,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Weichert Realty
Amount to be paid:  $21,050.00
Services rendered:  real estate broker

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Esq.

Address: 396 Route 34, Matawan, New Jersey 07747

Telephone No.: (732) 566-1189

*rev.8/1/15*