UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-10367-VFP |
| YVETTE HOLMES | Chapter: | 7 |
| | Judge: | Vincent F. Papalia |

---

### NOTICE OF PROPOSED PRIVATE SALE

_____David Wolff_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
> Jeanne A. Naughton, Clerk
> United States Bankruptcy Court
> P. O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on _____November 1, 2022_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, ___50 Walnut Street, Newark, New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  Real property located at 290 Bergen Street, Newark, New Jersey

Proposed Purchaser:  Manuel Garcia and Eliot Fuchs

Sale price:  $421,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Weichert Realty

Amount to be paid:  $21,050.00

Services rendered:   real estate broker

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:        David Wolff, Esq.

Address:      396 Route 34, Matawan, New Jersey 07747

Telephone No.: (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-10367-VFP

Yvette Holmes                                                                       Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                              Page 1 of 3

Date Rcvd: Oct 05, 2022                          Form ID: pdf905                           Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Yvette Holmes, 290- 290a Bergen Street, Newark, NJ 07103 |
| aty | + | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| r | + | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |
| 519486305 | + | Equiant/Thousand Trails, Attn: Bankruptcy, 500 N Juniper Dr, Ste 100, Chandler, AZ 85226-2525 |
| 519486309 | + | Hill Wallack LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 519486311 | | Luis Rodriguez, 651 Pleasant Valley Way, Rahway, NJ 07065 |
| 519486315 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519528087 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519486318 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519493336 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519538148 | | Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 12


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519497268 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 20:37:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519486301 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 05 2022 20:37:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519486302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:41:03 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519486312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:26 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519489564 | | Email/Text: mrdiscen@discover.com | Oct 05 2022 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519486303 | + | Email/Text: mrdiscen@discover.com | Oct 05 2022 20:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519486304 | + | Email/Text: EBN@edfinancial.com | Oct 05 2022 20:36:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519515371 | + | Email/Text: EBN@edfinancial.com | Oct 05 2022 20:36:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519486306 | ^ | MEBN | Oct 05 2022 20:32:35 | Equifax, POB 740241, Atlanta, GA 30374-0241 |

| | | | | |
|---|---|---|---|---|
| 519486307 | ^ MEBN | | Oct 05 2022 20:33:06 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519486308 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 05 2022 20:36:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 519493647 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 05 2022 20:36:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519486310 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2022 20:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519536172 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 20:41:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519512739 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 05 2022 20:36:00 | MEB LOAN TRUST IV, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519486314 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 20:37:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519538810 | + | Email/Text: bncmail@w-legal.com | Oct 05 2022 20:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519486317 | | Email/Text: DASPUBREC@transunion.com | Oct 05 2022 20:36:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519486316 | + | Email/Text: bncmail@w-legal.com | Oct 05 2022 20:36:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519486318 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 05 2022 20:40:16 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519493336 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 05 2022 20:40:59 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519486313 | | MEB Loan Trust IV, 695 Cross Street, Suite 277, NJ 08704 |
| aty | *+ | Law Offices of David Wolff LLC., 396 Route 34, Matawan, NJ 07747-7116 |
| 519512947 | *+ | MEB LOAN TRUST IV, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519493337 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519501417 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022                              Signature:        /s/Gustava Winters

District/off: 0312-2                           User: admin                                    Page 3 of 3
Date Rcvd: Oct 05, 2022                        Form ID: pdf905                             Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Michelle Labayen | on behalf of Debtor Yvette Holmes michelle@labayenlaw.com  rahaf@labayenlaw.com;arly@labayenlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7