Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22–10367–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Yvette Holmes
  aka Yvette Galarza
  290– 290a Bergen Street
  Newark, NJ 07103

Social Security No.:
  xxx–xx–5446

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Rebecca Hernandez , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

Real property located at 290 Bergen Street, Newark, New Jersey


Dated: October 26, 2022
JAN: rh

                                                                Jeanne Naughton
                                                                Clerk