**LAW OFFICES OF DAVID WOLFF LLC**
750 Route 34, Suite 11
Matawan, New Jersey 07747
(732) 566-1189
DW/3331

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In the Matter of: | Case No. 22-10367-VFP |
|  | Chapter 7 Proceeding |
| YVETTE HOLMES, |  |
|  | Honorable Vincent F. Papalia |
| Debtor. |  |

### CERTIFICATION OF LUIS RODRIGUEZ IN SUPPORT OF MOTION
### TO AUTHORIZE SALE OF REAL PROPERTY

LUIS RODRIGUEZ, of full age, hereby certifies and states as follows:

1. I am the former spouse of the above-referenced debtor Yvette Holmes, and co-owner of the real property located at 290 Bergen Street, Newark, New Jersey ("Property").

2. I currently reside in Puerto Rico.

3. Although I did not sign the contract for sale of the Property, I did consent to the sale prior to execution of the contract, and continue to consent to the sale and approve of same.

4. I will sign and execute all documents at a closing related to the pending sale required by buyers or their title company to consummate the sale.

5. I previously advised the Trustee that I would not seek any distribution from the sale proceeds, provided the debtor did not receive any distribution as well.

6. Having been advised the debtor, via her counsel, has agreed to a reduced exemption on the homestead in the amount of $12,575, I similarly have agreed to receiving a distribution of $12,575 at closing for my interest in the Property.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

DATED: November 11th, 2022

_____
LUIS RODRIGUEZ