Order Filed on March 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
750 Route 34, Suite 11
Matawan, New Jersey 07747
(732) 566-1189

In Re:

YVETTE HOLMES,

                Debtor.

Case No.: 22-10367-VFP

Chapter 7 Proceeding

Judge: Hon. Vincent F. Papalia

## CONSENT ORDER RESOLVING INTEREST OF NON-DEBTOR FORMER SPOUSE IN REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3) is hereby ORDERED.

DATED: March 1, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2

**Debtor:** Yvette Holmes

**Case No. :** 22-10367-VFP

**Caption of Order:** CONSENT ORDER RESOLVING INTEREST OF NON-DEBTOR FORMER SPOUSE IN REAL PROPERTY

---

Upon the Motion (the "Motion") of David Wolff, Chapter 7 Trustee ("Trustee") for entry of an Order, pursuant to Sections 105(a) and 363(b) (1) and (f), Title 11, United States Code, 11 U.S.C. §§101-1330 et. seq., as amended and Rule 6004(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the sale of the Debtor's ownership interest, and non-debtor former spouse co-owner Luis Rodriguez' ownership interest in real property located at 290 Bergen Street, Newark, New Jersey ("Property") for the sum of $421,000 to Manuel Garcia and Eliot Fuchs, as more fully described in a contract, addendum and rider, copies of which were annexed as Exhibit "B" to the Application filed in support of the Motion; and the Motion having been granted via entry of an Amended Order dated November 30, 2022 (Docket No. 80); and the sale ultimately having been consummated; and the Court having entered an Order dated February 12, 2023 retaining Bederson LLP as accountants to the Trustee (Docket No. 89); and the accountants having determined that Luis Rodriguez would currently be subject to significant taxable income, as the non-debtor former spouse was not a resident of the Property at the time of sale; and Luis Rodriguez having communicated to Trustee's counsel and Charles Persing, CPA of Bederson LLP that he seeks to transfer his interest in the Property and sale proceeds of the Property to the bankruptcy estate for the sum of $15,000, with all tax obligations related to the sale proceeds thereafter being the responsibility of the bankruptcy estate; and for good cause shown;

Page 3

Debtor: Yvette Holmes

Case No.: 22-10367-VFP

Caption of Order: CONSENT ORDER RESOLVING INTEREST OF NON-DEBTOR FORMER SPOUSE IN REAL PROPERTY

---

**IT IS ORDERED, ADJUDGED, AND DECREED, that,** in consideration for receipt of the sum of $15,000, Luis Rodriguez shall relinquish his interest in the Property and sale proceeds related to the Property, and the bankruptcy estate shall be responsible for any and all tax obligations.

**IN WITNESS WHEREOF**, Luis Rodriguez and the Trustee have agreed to the foregoing as of the dates written below.

_____
David Wolff, Esq.
Counsel to Chapter 7 Trustee
Dated: February 28, 2023

_____
Luis Rodriguez
Non-debtor former spouse
Dated: February 28th, 2023