UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
750 Route 34, Suite 11
Matawan, New Jersey 07747
(732) 566-1189

Order Filed on March 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

YVETTE HOLMES,

       Debtor.

Case No.: 22-10367-VFP

Chapter 7 Proceeding

Judge: Hon. Vincent F. Papalia

## CONSENT ORDER RESOLVING INTEREST OF NON-DEBTOR FORMER SPOUSE IN REAL PROPERTY

  The relief set forth on the following pages numbered two (2) through three (3) is hereby ORDERED.

DATED: March 1, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2

Debtor: Yvette Holmes

Case No.: 22-10367-VFP

Caption of Order: CONSENT ORDER RESOLVING INTEREST OF NON-DEBTOR FORMER SPOUSE IN REAL PROPERTY

---

Upon the Motion (the "Motion") of David Wolff, Chapter 7 Trustee ("Trustee") for entry of an Order, pursuant to Sections 105(a) and 363(b) (1) and (f), Title 11, United States Code, 11 U.S.C. §§101-1330 et. seq., as amended and Rule 6004(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the sale of the Debtor's ownership interest, and non-debtor former spouse co-owner Luis Rodriguez' ownership interest in real property located at 290 Bergen Street, Newark, New Jersey ("Property") for the sum of $421,000 to Manuel Garcia and Eliot Fuchs, as more fully described in a contract, addendum and rider, copies of which were annexed as Exhibit "B" to the Application filed in support of the Motion; and the Motion having been granted via entry of an Amended Order dated November 30, 2022 (Docket No. 80); and the sale ultimately having been consummated; and the Court having entered an Order dated February 12, 2023 retaining Bederson LLP as accountants to the Trustee (Docket No. 89); and the accountants having determined that Luis Rodriguez would currently be subject to significant taxable income, as the non-debtor former spouse was not a resident of the Property at the time of sale; and Luis Rodriguez having communicated to Trustee's counsel and Charles Persing, CPA of Bederson LLP that he seeks to transfer his interest in the Property and sale proceeds of the Property to the bankruptcy estate for the sum of $15,000, with all tax obligations related to the sale proceeds thereafter being the responsibility of the bankruptcy estate; and for good cause shown;

Page 3

**Debtor:** Yvette Holmes

**Case No. :** 22-10367-VFP

**Caption of Order:** CONSENT ORDER RESOLVING INTEREST OF NON-DEBTOR FORMER SPOUSE IN REAL PROPERTY

---

    **IT IS ORDERED, ADJUDGED, AND DECREED, that,** in consideration for receipt of the sum of $15,000, Luis Rodriguez shall relinquish his interest in the Property and sale proceeds related to the Property, and the bankruptcy estate shall be responsible for any and all tax obligations.

    **IN WITNESS WHEREOF,** Luis Rodriguez and the Trustee have agreed to the foregoing as of the dates written below.

David Wolff. Esq.  
Counsel to Chapter 7 Trustee  
Dated: February 28, 2023

Luis Rodriguez  
Non-debtor former spouse  
Dated: February 28th, 2023

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 22-10367-VFP
Yvette Holmes                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                      Page 1 of 2
Date Rcvd: Mar 02, 2023              Form ID: pdf903              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Yvette Holmes, 290- 290a Bergen Street, Newark, NJ 07103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

**Name**            **Email Address**
David Wolff
    dwtrustee@verizon.net  NJ50@ecfcbis.com

David Wolff
    on behalf of Trustee David Wolff dwtrustee@verizon.net  NJ50@ecfcbis.com

Denise E. Carlon
    on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Michelle Labayen
    on behalf of Debtor Yvette Holmes michelle@labayenlaw.com  rahaf@labayenlaw.com;arly@labayenlaw.com

Phillip Andrew Raymond
    on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Mar 02, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 7