Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−10367−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvette Holmes
   aka Yvette Galarza
   290− 290a Bergen Street
   Newark, NJ 07103

Social Security No.:
   xxx−xx−5446

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       4/25/23
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Bederson LLP, Accountant,
period: 2/1/2023 to 3/17/2023

COMMISSION OR FEES
$4,288.00,

EXPENSES
$35.14

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 20, 2023
JAN:

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-10367-VFP
Yvette Holmes  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Mar 20, 2023  Form ID: 137  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Yvette Holmes, 290- 290a Bergen Street, Newark, NJ 07103 |
| aty | + | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| aty | + | Law Offices of David Wolff LLC., 750 Route 34, Suite 11, Matawan, NJ 07747-4600 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| r | + | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |
| 519486305 | + | Equiant/Thousand Trails, Attn: Bankruptcy, 500 N Juniper Dr, Ste 100, Chandler, AZ 85226-2525 |
| 519486309 | + | Hill Wallack LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 519486311 | | Luis Rodriguez, 651 Pleasant Valley Way, Rahway, NJ 07065 |
| 519486315 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519528087 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519538148 | | Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519497268 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 20 2023 20:46:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519486301 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 20 2023 20:46:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519486302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2023 20:44:55 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519486312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2023 20:55:20 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519489564 | | Email/Text: mrdiscen@discover.com | Mar 20 2023 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519486303 | + | Email/Text: mrdiscen@discover.com | Mar 20 2023 20:45:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519486304 | + | Email/Text: EBN@edfinancial.com | Mar 20 2023 20:45:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519515371 | + | Email/Text: EBN@edfinancial.com | Mar 20 2023 20:45:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 37922-2359 |
| 519486306 | ^ | MEBN | Mar 20 2023 20:40:17 | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 519486307 | ^ | MEBN | Mar 20 2023 20:40:45 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519486308 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2023 20:46:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 519493647 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2023 20:46:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519486310 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2023 20:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519536172 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2023 20:45:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519512739 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 20 2023 20:46:00 | MEB LOAN TRUST IV, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519803768 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2023 20:44:38 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519486314 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 20 2023 20:46:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519538810 | + | Email/Text: bncmail@w-legal.com | Mar 20 2023 20:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519486317 | | Email/Text: DASPUBREC@transunion.com | Mar 20 2023 20:45:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519486316 | + | Email/Text: bncmail@w-legal.com | Mar 20 2023 20:46:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519486318 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 20 2023 20:44:32 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519493336 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 20 2023 20:44:52 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519486313 | | MEB Loan Trust IV, 695 Cross Street, Suite 277, NJ 08704 |
| 519512947 | *+ | MEB LOAN TRUST IV, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519493337 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519501417 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 20, 2023 | Form ID: 137 | Total Noticed: 36 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Michelle Labayen | on behalf of Debtor Yvette Holmes michelle@labayenlaw.com  rahaf@labayenlaw.com;arly@labayenlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7