| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| BEDERSON, LLP<br>100 PASSAIC AVENUE, SUITE 310<br>FAIRFIELD, NJ 07004 |
| In Re:<br><br>YVETTE HOLMES<br>　　　　　　　　DEBTOR |

Order Filed on April 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-10367 (VFP)

Hearing Date:

Judge:    Vincent F. Papalia

Chapter 7

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $4,288.00 | $35.14 |