| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BEDERSON, LLP<br>100 PASSAIC AVENUE, SUITE 310<br>FAIRFIELD, NJ 07004 | Order Filed on April 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>YVETTE HOLMES<br>DEBTOR | Case No.: 22-10367 (VFP)<br><br>Hearing Date:<br><br>Judge:    Vincent F. Papalia<br><br>Chapter  7 |

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 27, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $4,288.00 | $35.14 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-10367-VFP
Yvette Holmes                                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Apr 27, 2023        Form ID: pdf903        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

**Recip ID**    **Recipient Name and Address**
db    Yvette Holmes, 290- 290a Bergen Street, Newark, NJ 07103

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

**Name**    **Email Address**

David Wolff
    dwtrustee@verizon.net  NJ50@ecfcbis.com

David Wolff
    on behalf of Trustee David Wolff dwtrustee@verizon.net  NJ50@ecfcbis.com

Denise E. Carlon
    on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Michelle Labayen
    on behalf of Debtor Yvette Holmes michelle@labayenlaw.com  rahaf@labayenlaw.com;arly@labayenlaw.com

Phillip Andrew Raymond
    on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Apr 27, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 7