| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LAW OFFICES OF DAVID WOLFF LLC**<br>**Attorneys for Trustee**<br>**750 Route 34, Suite 11**<br>**Matawan, NJ 07747** | Order Filed on June 9, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>YVETTE HOLMES,<br><br>                                            Debtor. | Case No.:<br><br>Hearing Date:<br><br>Judge:<br><br>Chapter: | **22-10367-VFP**<br><br>**6/6/2023 @ 2:00 p.m.**<br><br>**Hon. Vincent F. Papalia**<br><br>7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having found that the person named below filed an Application for allowances; and the Court having reviewed the Application and noted the representations therein that both the Applicant and the Trustee will voluntarily reduce their respective fees and commissions to allow distributions to creditors as set forth in the Application; and the Court further noting in response to certain statements in the Application that the Court undertook the actions set forth in the Application and as otherwise reflected in the record of this case to ensure that the rights of the various parties were adequately protected and that any related agreements were fully understood and knowingly and voluntarily agreed to; and due notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of David Wolff  LLC | $84,354.00 | $610.08 |