| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAVID WOLFF<br>750 ROUTE 34<br>SUITE 11<br>MATAWAN, NJ  07747<br>Chapter 7 Trustee |
| In Re:<br><br>HOLMES, YVETTE<br><br>                                                           Debtor. |

Order Filed on September 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-10367-VFP

Judge: VINCENT F. PAPALIA

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 19, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: HOLMES, YVETTE
Case No.: 22-10367-VFP
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 14,999.10 is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 27.31 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.